

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2020

No. 04-19-00464-CR

Troy David **CAMPEAU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-755-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Liza A. Rodriguez, Justice


After a jury trial, appellant was found guilty of burglary of a vehicle and was sentenced to confinement in jail for nine months. On October 15, 2020, appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967). In an order dated October 21, 2020, we explained that if appellant desired to file a *pro se* brief, he must do so by December 7, 2020. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

On December 3, 2020, appellant filed two pro se motions: (1) Motion for Termination of Sentence, and (2) Motion for Extension of Time to File Pro Se Brief. In his first motion, appellant argues his sentence should be terminated because "[c]hronic poor health has result in lowering [his] immune system," and he has been told thirteen offenders are infected with COVID in the detention center. While this Court can review the merits of appellant's appeal when the appeal is submitted, this Court does not have authority to, in essence, commute a sentence. Therefore, appellant's motion for termination of his sentence is DENIED.

In his second motion, appellant requests additional time to file his pro se brief. His motion for extension of time is GRANTED. Appellant's pro se brief is due January 6, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2020.



_____
Michael A. Cruz,
Clerk of Court